```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
PATRICK ALEX MITCHELL,

                Plaintiff,
                                        ORDER
        -against-                       19-CV-1448(JS)(AKT)


PAROLE REVOCATION DEFENSE UNIT,
PAROLE OFFICER MRS. TUCKER,
S.P.O. MRS. HAMILTON,

                Defendants.
----------------------------------X
PATRICK ALEX MITCHELL,

                Plaintiff,

        -against-                       19-CV-1810(JS)(AKT)


PAROLE REVOCATION DEFENSE UNIT,
PAROLE OFFICER MRS. TUCKER,
S.P.O. MRS. HAMILTON,

                Defendants.
----------------------------------X
APPEARANCES
For Plaintiff:      Patrick Alex Mitchell, pro se
                    9801900033
                    E.M.T.C.
                    10-10 Hazen Street
                    East Elmhurst, New York 11370

For Defendants:     No appearances.

SEYBERT, District Judge:
```

On March 7, 2019, Patrick Alex Mitchell ("Plaintiff") filed a pro se Complaint together with an application to proceed in forma pauperis and a Prisoner Litigation Authorization form

1

("PLRA") for the United States District Court for the **Southern District** of New York.  Accordingly, by Notice of Deficiency dated March 12, 2019, Plaintiff was instructed to complete and return the enclosed PLRA for this Court, the Eastern District, within fourteen (14) days in order for his case to proceed.

On March 14, 2019, Plaintiff filed another Complaint in this Court against the same Defendants as his March 7th Complaint, together with an application to proceed in forma pauperis and a PLRA for the United States District Court for the **Southern District** of New York.  Accordingly, by Notice of Deficiency dated May 13, 2019, Plaintiff was instructed to complete and return the enclosed PLRA for this Court, the Eastern District, within fourteen (14) days in order for his case to proceed.

On March 25, 2019 and May 28, 2019, the Court's Notices, which had been sent to Plaintiff's address of record, were returned to the Court and were marked "Undeliverable", "Discharged", "Return to Sender" and "Unable to Forward."  To date Plaintiff has not filed the PLRA forms for this Court, nor has he updated his address or otherwise communicated with the Court since March.

Accordingly, it appears that Plaintiff is no longer interested in pursuing these cases.  Therefore, the Complaints are DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil

2

Procedure 41(b).

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is DENIED for the purpose of any appeal.  See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

The Clerk of the Court is directed to mark these cases CLOSED and to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: June  24 , 2019
       Central Islip, New York